IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN INNIS, JR., ) <br> ) <br> ) <br> Respondent. ) <br> ) <br> _____) | No. CV-F-05-302 REC/DLB <br><br> ORDER DEEMING RESPONDENT'S "NOTICE OF APPEAL OF MAGISTRATES FINDIGS [sic] AND RECMMENDATIONS [sic]" TO BE OBJECTIONS TO FINDINGS AND RECOMMENDATION; ENFORCING IRS SUMMONS AND DIRECTING RESPONDENT TO APPEAR ON FRIDAY, JUNE 17, 2005 AT 10:00 A.M. IN COURTROOM 5 |

    On May 10, 2005, the United States Magistrate Judge issued a recommendation that the IRS summons issued against respondent be enforced and that respondent be ordered to appear at a hearing for the purpose of comply with the summons, during which hearing the validity of any claim of the privilege against self-incrimination to questions posed to respondent or to documents subject to the summons also may be determined.

    On May 19, 2005, respondent filed a "Notice of Appeal of

1

Magistrates Findigs [sic] and Recmmendations [sic] Re: Tax Summons Enforcement, and Order Re: Privilege Logs."[1]  The court deems this "Notice of Appeal" to be respondent's objections to recommendation pursuant to Rule 72-303(b), Local Rules of Practice.

The court has reviewed the record herein and concurs with the recommendation.

ACCORDINGLY:

1.  The IRS summons issued to respondent John Innis, Jr. is enforced.

2.  Respondent shall appear before Revenue Agent Fred Chynoweth, his designated representatives and/or counsel in Courtroom 5, 1130 "O" Street, Fresno, California, on Friday, June 17, 2005 at 10:00 a.m., there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons.  The examination shall continue in the same place on July 11, 2005, at a time to be set in writing by Revenue Agent Chynoweth or his designee.  At the hearing before Magistrate Judge Beck, any issues regarding the Fifth Amendment privilege against self-incrimination will be ruled on by Magistrate Judge Beck and the hearing will proceed.

///

///

---

[1] Although respondent's "Notice of Appeal" refers to an "Order Re: Privilege Log", no such Order has been signed by the Magistrate Judge and filed in this action.

2

1  IT IS SO ORDERED.

2  **Dated:  May 23, 2005**                    **/s/ Robert E. Coyle**
   668554                                       UNITED STATES DISTRICT JUDGE