IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Petitioner,               )<br>                                     )<br>     vs.                             )<br>                                     )<br>JEAN ANNETTE LIASCOS,                )<br>                                     )<br>          Respondent.               )<br>_____) | 1:05-CV-258 REC DLB<br><br>ORDER TO SHOW CAUSE RE:<br>CONTEMPT |
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Petitioner,               )<br>                                     )<br>     vs.                             )<br>                                     )<br>LORNE McCAN,                         )<br>                                     )<br>          Respondent.               )<br>_____) | 1:05-CV-285 REC DLB |
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Petitioner,               )<br>                                     )<br>     vs.                             )<br>                                     )<br>V. STEVEN BOOTH and LOUISE Q.        )<br>BOOTH,                               )<br>                                     )<br>          Respondents.              )<br>_____) | 1:05-CV-290 REC DLB |

1

```
UNITED STATES OF AMERICA,    )
                             )
            Petitioner,      )   1:05-CV-302 REC DLB
                             )
     vs.                     )
                             )
JOHN INNIS, JR.,             )
                             )
            Respondent,      )
                             )
_____)
```

Upon the petition of McGregor W. Scott, United States Attorney for the Eastern District of California, and the exhibits thereto,

IT IS HEREBY ORDERED that respondents JEAN ANNETTE LIASCOS, LORNE McCAN, V. STEVEN BOOTH, LOUISE Q. BOOTH and JOHN INNIS, JR., appear before United States District Judge Robert E. Coyle in Courtroom 1 of the United States Courthouse, 1130 "O" Street, Fresno, California, on August 22, 2005, at 1:30 p.m. and that respondents show cause as follows:

1. Why the respondents, JEAN ANNETTE LIASCOS, LORNE McCAN, V. STEVEN BOOTH, LOUISE Q. BOOTH and JOHN INNIS, JR., should not be held in civil contempt of this Court for their failure to comply with the "Orders Deeming Respondent's 'Notice of Appeal of Magistrate's Findigs [sic] and Recmmendations [sic]' to be Objections to Findings and Recommendation; Enforcing IRS Summons and Directing Respondent to Appear on Friday, June 17, 2005 at [times certain] in Courtroom 5" ("Summons Enforcement Orders").

2. Why the respondents should not be incarcerated and ordered to pay a daily fine until they comply with the Summons

1  Enforcement Orders, and ordered to pay a compensatory fine to the
2  United States.
3       IT IS FURTHER ORDERED that on or before Monday, August 8,
4  2005 the respondents shall file and serve a written response to
5  the "Petition Re: Civil Contempt of Orders filed May 23-25,
6  2005." Only those issues brought into controversy by the
7  responsive papers and supported by declaration will be considered
8  at the hearing on this Order, and any uncontested allegation in
9  the Petition Re: Civil Contempt will be considered admitted.
10       Respondents are hereby notified that a failure to comply
11 with this Order will subject respondents to possible further
12 sanctions for contempt of Court.
13       The Clerk shall forward copies of this Order to the
14 Magistrate Judge, the respondents and the United States Attorney.
15      IT IS SO ORDERED.
16 IT IS SO ORDERED.
17 **Dated:  July 15, 2005**            /s/ Robert E. Coyle
   668554                       UNITED STATES DISTRICT JUDGE