1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Petitioner
   UNITED STATES OF AMERICA

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           1:05-cv-302-REC-DLB

12         Petitioner,                  **STIPULATION AND ORDER TO**
                                        **RELEASE JOHN INNIS, JR.**
13      v.

14  JOHN INNIS, JR.,

15         Respondent.

16

17

18      The parties hereby stipulate, subject to the approval of the Court as provided for

19  hereon, as follows:

20      1. JOHN INNIS, JR., is ORDERED to appear at the offices of the Internal Revenue

21  Service, 5300 California Avenue, Suite 100, Bakersfield, CA 93309, at a date and time to be

22  set in writing by Revenue Agent Fred Chynoweth or his designee, then and there to produce

23  any further testimony, books, records, papers and other data responsive to the order filed May

24  24, 2005.  He shall bring with him $686.00 payable to "United States Treasury."

25      2. The United States Marshal shall immediately release JOHN INNIS, JR.

26

27

28

1  Dated: September 22, 2005                McGREGOR W. SCOTT
                                            United States Attorney
2

3
                                    By:     /s/ Y H T Himel
4                                           YOSHINORI H. T. HIMEL
                                            Assistant U. S. Attorney
5

6

7
   Dated: September 22, 2005                /s/ John Innis, Jr.
8                                           JOHN INNIS, JR.
                                            Respondent Pro Se
9

10

11

12                                  ORDER

13
       It is SO ORDERED.
14

15
   DATED: <u>September 22</u>, 2005          /s/ ROBERT E. COYLE
16                                           UNITED STATES DISTRICT JUDGE